**RLI INSURANCE COMPANY,**
**Plaintiff—Appellee,**

v.

**Nancy GABBERT, individually and as Administratrix of the Estate of Kevin Gabbert, Defendant—Appellant,**

and

**Robert Walls; Elsie Walls, Defendants.**

No. 05–1300.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 31, 2005.

Decided Oct. 20, 2005.

J. Bryan Edwards, Cranston & Edwards, P.L.L.C., Morgantown, West Virginia, for Appellant. James A. Varner, Sr., Tiffany R. Durst, Debra Tedeschi Herron, Rebecca L. Donnellan, Mcneer, Highland, Mcmunn and Varner, L.C., Clarksburg, West Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nancy Gabbert, individually and as Administratrix of the Estate of Kevin Gabbert, appeals the district court's order granting summary judgment to RLI Insurance Company in this declaratory judgment action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See RLI Ins. Co. v. Gabbert,* No. CA–03–263–1 (N.D. W. Va. filed Mar. 3, 2005 & entered Mar. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*